IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

LAWRENCE FELTZIN, Individually,

      Plaintiff,

vs.

TREECO / ELWOOD LIMITED
PARTNERSHIP, a Connecticut
Limited Partnership,

      Defendant.

_____/

CASE NO. 2:16-cv-4959-ADS-SIL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 18 2017 ★

LONG ISLAND OFFICE

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Stipulation for Dismissal With Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation For Dismissal With Prejudice filed herein by the Plaintiff, and the Defendant, be and the same is hereby approved;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

3. The Court retains jurisdiction of the above-styled cause solely for the purpose of enforcing the Settlement Agreement; and

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at _Central Islip_, New York, this _18th_ day of _February_, 2017.

s/ Arthur D. Spatt
_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:
  Attorneys of record